CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 28 2018
ARTHUR JOHNSTON
BY _____ DEPUTY

CITY: Gulfport, Biloxi and Pascagoula

COUNTY: Harrison and Jackson

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT _____ DOCKET # 1:18cr98 LG-JCG
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES  X  NO

MATTER TO BE SEALED: ____ YES  X  NO

NAME/ALIAS: Kimberly Foster

**U.S. ATTORNEY INFORMATION:**

AUSA  Jay T. Golden     BAR # 4881

INTERPRETER:  X  NO ____ YES   LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**   ARREST DATE _____

____ ALREADY IN FEDERAL CUSTODY AS OF _____
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: 1  ____ PETTY  ____ MISDEMEANOR  1  FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 15:1.F | 15 U.S.C. § 1 | Antitrust Violations - Price Fixing | 1 |
| Set 2 | | | | |
| Set 3 | | | | |
| Set 4 | | | | |
| Set 5 | | | | |

Date: 6/28/18     SIGNATURE OF AUSA: _____

(Revised 2/26/10)